No. 77–1286.  CITY OF EAST DETROIT *v.* LLEWELLYN ET AL., 435 U. S. 1008; and

No. 77–6130.  LITTLE *v.* UNITED STATES, 435 U. S. 969. Motions for leave to file petitions for rehearing denied.

JUNE 28, 1978

No. 77–6680.  FRAZIER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari dismissed under this Court's Rule 60.

JULY 3, 1978

No. 77–929.  BLACK *v.* PAYNE, EXECUTIVE OFFICER, PUBLIC EMPLOYEES' RETIREMENT SYSTEM, ET AL.  Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of substantial federal question.

No. 77–1067.  LOS ANGELES COUNTY ET AL. *v.* ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA ET AL.;

No. 77–1078.  ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA ET AL. *v.* KREPS, SECRETARY OF COMMERCE, ET AL.; and

No. 77–1271.  KREPS, SECRETARY OF COMMERCE *v.* ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA ET AL.  Appeals from D. C. C. D. Cal.  Judgment vacated and cases remanded to consider question of mootness.  Reported below: 441 F. Supp. 955.

No. 77–5541.  DOWNS *v.* OHIO; and

No. 77–5708.  SHELTON *v.* OHIO.  Appeals from Sup. Ct. Ohio.  Motions for leave to proceed *in forma pauperis* granted.  Judgments vacated insofar as they leave undisturbed the death penalties imposed, and cases remanded for further proceedings.  See *Lockett* v. *Ohio, ante,* p. 586.  Reported below: No. 77–5541, 51 Ohio St. 2d 47, 364 N. E. 2d 1140; No. 77–5708, 51 Ohio St. 2d 68, 364 N. E. 2d 1152.